BOHM, MATSEN, KEGEL & AGUILERA, LLP
Lee A. Wood, Esq. (SBN 58676)
Thomas V. Perea, Esq. (SBN 140223)
695 Town Center Drive, Ste. 700
Costa Mesa, CA 92626
Telephone: (714) 384-6500
Fax: (714) 384-6501

Attorneys for Defendants,
CITY OF MAYWOOD, a municipal corporation and public entity, BRUCE LEFLAR, DARIN MOELLER, PATRICK NIJLAND, RYAN WEST and THOMAS URBINA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHON CRUZ, HECTOR OLGUIN, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF MAYWOOD, BRUCE LEFLAR, Chief of Maywood Police Department, Maywood Police Officer, PATRICK NIJLAND (#331), Maywood Police Officer, PAUL CUNNINGHAM (#379), and DOES 1 through 10, <br><br> Defendants, <br><br> AND RELATED CROSS-ACTIONS. | Case No. CV07-1999 GPS (JCx) <br> *Assigned For All Purposes To:* <br> *Hon. George P. Schiavelli* <br><br> **PROTECTIVE ORDER** |

1 **ORDER ON STIPULATION FOR PROTECTIVE ORDER**

2     After full consideration, the requested protective order is hereby issued, with
3 all parties bound by the Agreement to be Bound by Confidentiality Stipulation,
4 attached as Exhibit A to the Stipulation and Protective Order.

5

6 DATED: July 14, 2008         /s/ Jacqueline Chooljian
7                                    **Hon. Jacqueline Chooljian**
                                   **U.S. Magistrate Judge**

## EXHIBIT A

## AGREEMENT TO BE BOUND BY CONFIDENTIALITY STIPULATION

I, _____, (business address and telephone number ) _____ _____ hereby acknowledge and certify that I have received a copy of the stipulation of confidentiality in the matter of *Hector Olguin, et al. v. City of Maywood, et al.*, Case No. CV07-1999 GPS (JCx). I have read and understand the Stipulation. I agree to be bound by all the provisions of the Order and to comply with its terms.

I understand and agree that I shall not reveal any information that I receive pursuant to this Stipulation to anyone other than counsel for the parties in the lawsuit entitled *Hector Olguin, et al. v. City of Maywood, et al.*, Case No. CV07-1999 GPS (JCx).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this _____ day of _____, 2008.

Location: _____

Name: _____

Signature: _____

Protective Order